NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS ST. CLAIRE THOMPSON,  )
                               )
              Appellant,       )
                               )
v.                             )     Case No. 2D19-429
                               )
STATE OF FLORIDA,              )
                               )
              Appellee.        )
_____ )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Nicholas St. Claire Thompson, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, SALARIO, and SMITH, JJ., Concur.